JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, an individual, | Case No. 2:21-cv-08360-SVW-E |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
| TWITTER, INC., a Delaware Corporation; TERRY WILSON SWIMMING POOL & SPA, a business entity of form unknown; LERU INVESTMENTS, LLC, a California Limited Liability Company; and DOES 1 through 10, | |
| Defendants. | |

This matter is before the Court on Plaintiff Alexander Stross' and Defendant Twitter, Inc.'s Joint Stipulation of Dismissal. The Court, having considered the matter and being so advised, GRANTS the Joint Stipulation. The claims asserted by Mr. Stross against Twitter in the above-captioned action are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 17, 2022

Hon. Stephen V. Wilson
United States District Judge